Ex Parte CITIZENS' NAT. BANK OF DES MOINES, IOWA. SPARKS v. NATIONAL MASONIC ACC. ASS'N OF DES MOINES, IOWA. (Circuit Court of Appeals, Eighth Circuit. December 8, 1896.) No. 7, original. Peti-

tion in the alternative for writ of mandamus to compel the allowance of a writ of error and supersedeas by the circuit court of the United States for the Southern district of Iowa, or for the allowance of a writ of error and supersedeas by the circuit court of appeals. Clark Varnum, for petitioner. No opinion. Denied.